# Courtroom Minute Entry

**Room:** Judge Tinsley Charleston  **Case No.:** 2:26-cr-00011
**Type:** Initial Appearance/Arraignment/Detention Hearing
**Caption:** USA v. Wilmar Aristo Pablos-Miguel    **Judge:** Judge Tinsley

**Started:** 2/4/2026 11:13:14 AM
**Ends:**    2/4/2026 11:42:30 AM     **Length:** 00:29:17

Judge Dwane L. Tinsley
Courtroom Deputy: Kim Begovich
Defendant: Wilmar Aristo Pablos-Miguel
Assistant U.S. Attorney: Jonathan T. Storage
CJA Panel Attorney: J. Miles Morgan
Probation Officer: Patrick M. Fidler
Interpreter: Johnnie Benningfield
Court Reporter: CourtSmart

**INITIAL APPEARANCE, ARRAIGNMENT AND DETENTION HEARING**

| Time | Event |
|---|---|
| 11:14:49 AM | Judge Dwane L. Tinsley |
| 11:14:50 AM | Oath of Interpreter |
| 11:15:38 AM | Called case, noted appearances of counsel, defendant present in courtroom |
| 11:16:10 AM | Defendant placed under oath by Courtroom Deputy |
| 11:16:48 AM | Stated rights of defendant and defendant acknowledged these rights |
| 11:17:22 AM | Defendant: Wilmar Aristo Pablos-Miguel |
| 11:17:24 AM | Stated personal information |
| 11:17:50 AM | Judge Dwane L. Tinsley |
| 11:17:54 AM | Reviewed financial affidavit and defendant does qualify for court-appointed counsel |
| 11:18:00 AM | Ordered the appointment of an attorney on the CJA Panel |
| 11:18:08 AM | Stated additional rights of defendant and defendant acknowledged these rights |
| 11:20:33 AM | Stated violation(s) in charging document and possible penalties |
| 11:21:14 AM | Questions defendant about indictment related matters |
| 11:21:29 AM | Defendant pleads not guilty to charge(s) contained in the indictment |
| 11:21:34 AM | Stated district judge assignment, and dates for trial and pretrial motions hearing |
| 11:22:08 AM | If courtroom technology is required for use at trial or other proceedings, counsel shall notify the court's technology staff five business days prior to commencement of the proceeding |
| 11:22:33 AM | Defendant does not waive the right to be present at the pretrial motions hearing |
| 11:24:05 AM | Parties have elected the standard discovery; pretrial motions, voir dire and witness list dates given |
| 11:24:52 AM | Advised counsel to give USMS 30 days notice for out-of-custody defendants/witnesses and cancel when unnecessary |
| 11:24:53 AM | Court and parties review and discuss Pretrial Services Report |
| 11:25:02 AM | Assistant U.S. Attorney: Jonathan T. Storage |
| 11:25:08 AM | There is no ICE Detainer |
| 11:25:18 AM | CJA Panel Attorney: J. Miles Morgan |
| 11:25:19 AM | No additions or corrections to Pretrial Services Report at this time |
| 11:25:24 AM | Judge Dwane L. Tinsley |
| 11:25:35 AM | CJA Panel Attorney: J. Miles Morgan |
| 11:25:38 AM | Does not wish for consular notification |
| 11:25:51 AM | Judge Dwane L. Tinsley |
| 11:26:02 AM | The government has previously filed a Motion for Detention |
| 11:26:04 AM | Assistant U.S. Attorney: Jonathan T. Storage |
| 11:26:14 AM | Proffer of counsel as to detention |
| 11:29:14 AM | CJA Panel Attorney: J. Miles Morgan |
| 11:31:04 AM | Proffer of counsel as to bond |
| 11:35:21 AM | Assistant U.S. Attorney: Jonathan T. Storage |
| 11:35:30 AM | Proffer of counsel |
| 11:37:33 AM | CJA Panel Attorney: J. Miles Morgan |
| 11:37:41 AM | Proffer of counsel |
| 11:38:27 AM | Judge Dwane L. Tinsley |

| Time | Event |
|---|---|
| **11:38:49 AM** | Defendant does pose a risk of nonappearance |
| **11:39:47 AM** | Other residence has not been presented to the Court |
| **11:40:06 AM** | Finds by a preponderance of evidence that the defendant is a risk of nonappearance |
| **11:40:11 AM** | Therefore, no condition or combination of conditions exist for the defendant's release |
| **11:40:20 AM** | Ordered the defendant detained and remanded to the custody of the US Marshals Service |
| **11:40:32 AM** | If there is an appropriate residence counsel can file a motion |
| **11:41:24 AM** | Due Process Protections Act of 2020 |
| **11:42:11 AM** | Anything else counsel wishes to address? |
| **11:42:13 AM** | Hearing adjourned |