# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.                                                  CRIMINAL ACTION NO. 2:26-cr-00011

WILMAR ARIOSTO PABLOS-MIGUEL

### ORDER

Pending before the court is Defendant's Motion for Expedited Deposition of Defendant, [ECF No. 41]. Defendant moves for his deposition to be taken pursuant to Rule 15 of the Federal Rules of Criminal Procedure for another case before this court, *United States v. Aguirre*, Crim. Action No. 2:26-cr-00010. Defendant seeks to expedite this process so that he may be deported with his pregnant wife and return to Mexico. For the reasons below, I **DENY** Defendant's motion.

Rule 15 provides that "[a] party may move that a prospective witness be deposed in order to preserve testimony for trial." Fed. R. Crim. P. 15. Here, Defendant is not a party to the case he seeks to be deposed for, and as such, the rules do not permit him to bring this motion. There is an exception in Rule 15(a)(2) for a detained material witness, *id.*, but Defendant has not yet been designated as such. Accordingly, the court cannot grant the relief Defendant seeks, and the motion, **[ECF No. 41]**, is **DENIED**.

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER:        March 18, 2026

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE